# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RICHARD MCILVAIN, | : Case No. 3:20-cv-69 |
| Plaintiff, | : Magistrate Judge Sharon L. Ovington |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Stipulation to Remand to the Commissioner. (Doc. #11). The parties jointly stipulate that this matter should be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Commissioner will further consider the medical opinions of record and offer Plaintiff a new hearing.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

2

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

September 15, 2020                              *s/Sharon L. Ovington*
                                            Sharon L. Ovington
                                            United States Magistrate Judge